BRIAN D. BERTOSSA, ESQ. (SBN 138388)
bbertossa@cookbrown.com
MICHAEL K. BEDOLLA, ESQ. (SBN: 302517)
mbedolla@cookbrown.com
COOK BROWN, LLP
2407 J STREET, SECOND FLOOR
SACRAMENTO, CALIFORNIA 95816
TELEPHONE NO.: 916-442-3100
FACSIMILE NO.: 916-442-4227

STEVEN E. GUINN, ESQ. (SBN 5341)
LAXALT & NOMURA
9790 GATEWAY DRIVE, STE. 200
RENO, NEVADA 89521
T: 775-322-1170 | F: 775-322-1865
E: sguinn@laxalt-nomura.com

Attorneys for Defendants and Counterclaimant
CHAPMAN EQUIPMENT SOLUTIONS, INC. and
RANDY CHAPMAN

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LEON BOURRÉ, | Case No. 3:21-CV-00088-MMD-CLB |
| Plaintiff, | STIPULATION FOR REFERRAL TO EARLY SETTLEMENT CONFERENCE; ORDER THEREON |
| v. | |
| RANDY CHAPMAN; CHAPMAN EQUIPMENT SOLUTIONS, INC., a California Corporation; and DOES I-X, inclusive, | |
| Defendants. | |
| CHAPMAN EQUIPMENT SOLUTIONS, INC., a California Corporation, | |
| Counterclaimant, | |
| v. | |
| LEON BOURRÉ, | |
| Counterdefendant. | |

The parties hereto, by their undersigned counsel, hereby stipulate to and jointly

-1-
STIPULATION FOR REFERRAL TO EARLY SETTLEMENT CONFERENCE; ORDER
Case No. 3:21-CV-00088-MMD-CLB

request referral to an early Settlement Conference before United States Magistrate William G. Cobb. The parties are available November 16, 17 or 18, 2021 or mutually agreeable dates thereafter.

DATED: October 12, 2021

COOK BROWN, LLP
BRIAN D. BERTOSSA
MICHAEL K. BEDOLLA

By: /s/ Brian Bertossa

DATED: October 12, 2021

MATUSKA LAW OFFICES
MICHAEL L. MATUSKA

By: /s/

## ORDER

IT IS HEREBY ORDERED that this matter is referred to an early Settlement Conference before United States Magistrate William G. Cobb with a date to be set by United States Magistrate Cobb with the parties' counsel.

DATED: October 13, 2021

By: /s/
HON. CARLA BALDWIN
UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b) and Section IV of the District of Nevada Electronic Filing Procedures, I hereby certify that I am an employee of COOK BROWN LLP, and that I caused to be served a true and correct copy of the foregoing document by E-Service by filing the foregoing with the Clerk of the Court using the CM/ECF system, which will electronically email the filing to the following email address:

> Michael L. Matuska
> Matuska Law Offices
> 2310 South Carson Street, Suite 6
> Carson City, Nevada 89701
> mlm@matuskalawoffices.com

Executed on this 12th day of October, 2021, at Sacramento, California.

*Julie Hokanson*
Julie Hokanson

---

-1-

CERTIFICATE OF SERVICE                                    CASE NO. 3:21-CV-00088-MMD-CLB