STEVEN E. GUINN, ESQ. (SBN 5341)
LAXALT & NOMURA
9790 GATEWAY DRIVE, STE. 200
RENO, NV. 89521
T: 775-322-1170 | F: 775-322-1865
E: sguinn@laxalt-nomura.com

BRIAN D. BERTOSSA, ESQ. (*pro hac vice*)
COOK BROWN, LLP
2407 J STREET, SECOND FLOOR
SACRAMENTO, CALIFORNIA 95816
T: 916-442-3100 | F: 916-442-4227
E: bbertossa@cookbrown.com

MICHAEL L. MATUSKA, ESQ. (SBN 5711)
MATUSKA LAW OFFICES, LTD.
2310 SOUTH CARSON STREET, STE. 6
CARSON CITY, NV 89701
T: 775-350-7220 | F: 775-350-7222
E: mlm@matuskalawoffices.com

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LEON BOURRÉ,<br><br>    Plaintiff,<br><br>v.<br><br>RANDY CHAPMAN; CHAPMAN EQUIPMENT SOLUTIONS, INC., a California Corporation; and DOES I-X, inclusive,<br><br>    Defendants. | Case No. 3:21-CV-0088-MMD-CLB<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE** |
| RANDY CHAPMAN; CHAPMAN EQUIPMENT SOLUTIONS, INC., a California Corporation,<br><br>    Counterclaimants,<br><br>v.<br><br>LEON BOURRÉ,<br><br>    Counterdefendant. | |

**STIPULATION AND ORDER FOR DISMISSAL**
-1-

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), in consideration of a negotiated settlement executed by them, hereby jointly stipulate to the Dismissal with Prejudice of this Action, including all claims counterclaims and causes of action, however stated, against all parties, and each party to bear its own attorney's fees and costs.

DATED: 1/4/22

MATUSKA LAW OFFICES, LTD.

By: _____
MICHAEL L. MATUSKA
Attorneys for Plaintiff and Counterdefendant
LEON BOURRÉ

DATED: 1/4/22

COOK BROWN, LLP

By: _____
BRIAN D. BERTOSSA
Attorneys for Defendant and Counterclaimant
RANDY CHAPMAN and CHAPMAN EQUIPMENT SOLUTIONS, INC.

DATED: 1/3/22

LAXALT & NOMURA

By: _____
STEVEN E. GUINN
Attorneys for Defendant and Counterclaimant
RANDY CHAPMAN and CHAPMAN EQUIPMENT SOLUTIONS, INC.

## ORDER

Based on the foregoing stipulation, and for good cause appearing, the stipulation shall be and is hereby adopted as the order of this Court.

IT IS SO ORDERED.

Dated: January 4, 2022

_____
HONORABLE MIRANDA M. DU
CHIEF U.S. DISTRICT JUDGE